PER CURIAM.
We have for review Bain v. State, 650 So.2d 83 (Fla. 4th DCA 1995), in which the *1216 district court addressed the same question we recently answered in State v. Hamilton, 20 Fla.L.Weekly S465, 660 So.2d 1038 (Fla. Sept. 14, 1995). We have jurisdiction. Art. V, § 8(b)(3), Fla. Const.
In accordance with our decision in Hamilton, we approve the decision of the district court in this case.[1]
It is so ordered.
GRIMES, C.J., and OVERTON, SHAW, KOGAN, HARDING WELLS and ANSTEAD, JJ., concur.

. Because of our resolution of this issue we decline to address the other issues raised on review.